No. 83–1047.  JEFFERSON *v.* MARSH, SECRETARY OF THE ARMY, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 83–1074.  LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION *v.* WALKER.  C. A. 8th Cir.  Certiorari denied.

No. 83–1169.  HOLLOMAN ET AL. *v.* CLARK, SECRETARY OF THE INTERIOR, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 83–1186.  UNIVERSITY OF ARKANSAS BOARD OF TRUSTEES ET AL. *v.* GREER ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 83–1235.  JUNE OIL & GAS, INC., ET AL. *v.* CLARK, SECRETARY OF THE INTERIOR, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 83–1236.  GRYNBERG ET AL. *v.* CLARK, SECRETARY OF THE INTERIOR, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 83–1259.  CITY OF FAIRMONT *v.* PITROLO PONTIAC-CADILLAC CO. ET AL.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 83–1284.  AMERICAN HOSPITAL ASSN. *v.* HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 83–1312.  PIPER AIRCRAFT CORP. *v.* SEVEN BAR FLYING SERVICE, INC.  C. A. 10th Cir.  Certiorari denied.

No. 83–1357.  AMERICAN DISTRIBUTING CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 9th Cir.  Certiorari denied.

No. 83–1446.  MCMORRIS *v.* STATE BAR OF CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 83–1449.  DISTRICT 1199C, NATIONAL UNION OF HOSPITAL & HEALTH CARE EMPLOYEES, DIVISION OF RWDSU, AFL–CIO